# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RHEE, JAMES | § | Case No. 14-28896 |
| RHEE, HEE JUN | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned successor trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/06/2014 . The undersigned trustee was appointed on 04/02/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 124,886.47 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 19,807.86 |
| Bank service fees | | 999.57 |
| Other payments to creditors | | 5,074.41 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 99,004.63 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/24/2015 and the deadline for filing governmental claims was 07/24/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 9,240.60 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 7,500.00 , for a total compensation of $ 7,500.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 12.00 , for total expenses of $ 12.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/08/2016                By: /s/Elizabeth C Berg, Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-28896 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | RHEE, JAMES | | | Date Filed (f) or Converted (c): | 08/06/14 (f) |
| | RHEE, HEE JUN | | | 341(a) Meeting Date: | |
| For Period Ending: | 05/08/16 | | | Claims Bar Date: | 07/24/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4714 Windridge Ct Captentersville, IL 60110 Stay lifted per order 9/14/14 [dkt 16] | 262,386.00 | 0.00 | | 0.00 | FA |
| 2. Chase Personal Checking Account | 200.00 | 0.00 | | 0.00 | FA |
| 3. First American Bank Personal Checking Account | 6,450.00 | 0.00 | | 0.00 | FA |
| 4. 2002 Honda Odyssey Mileage: 90,000 | 2,669.00 | 0.00 | | 0.00 | FA |
| 5. 2011 Kia Sorrento Mileage: 80,000 | 10,691.00 | 0.00 | | 0.00 | FA |
| 6. 401(k) Plan Proceeds - Chase Fashions (u) Successor Trustee recovered proceeds from 401k account held by Fidelity through Debtor's employer (Chade Fashions) [dkt 42]. Successor Trustee pursued recovery of the federal taxes withheld ($30,723.77) from the funds turned over to the Estate ("Taxes Paid"). Successor Trustee settled with Debtors and Chade Fashions, largest unsecured creditor, pursuant to court order February 5, 2016 such that Debtors retained Taxes Paid [dkt 53] | 0.00 | 122,895.07 | | 122,895.07 | FA |
| 7. Transamerica Life Insurance Policy (u) Succ. Trustee obtained turnover of the cash surrender value from the policy per order [dkt 47] | 0.00 | 1,991.75 | | 1,991.40 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $282,396.00 | $124,886.82 | | $124,886.47 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 28, 2016: Settlement with Debtor and Chade approved pursuant to order 2/5/16; final tax returns prepared and filed; IRS siezed funds due to the Debtors' on account of their post-petition tax refund ("Siezed Funds") and applied

Case 14-28896  Doc 59  Filed 06/14/16  Entered 06/14/16 14:13:50  Desc Main
Document      Page 4 of 13

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 14-28896  DRC  Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
| Case Name: | RHEE, JAMES | Date Filed (f) or Converted (c): | 08/06/14 (f) |
| | RHEE, HEE JUN | 341(a) Meeting Date: | |
| | | Claims Bar Date: | 07/24/15 |

those funds to the pre-petition priority tax claim of IRS (Claim No. 15). Trustee obtained an order from this Court allowing her to pay the Debtors the Siezed Funds and obtained a withdrawal of the IRS Claim 15. TFR prepared.

January 26, 2016: TR resolved claims; Trustee reached settlement with Debtor and Chade re: distribution of Fidelity account funds and tax treatment of same

October 8, 2015: The case was closed after prior trustee filed a NDR. Thereafter, the case was reopened in March 2015 on the UST's motion when undisclosed assets consisting of embezzled funds from the Debtor's (James Rhee) employer (Chade Fashions) were discovered. E. Berg was appointed as successor trustee in April 2015. Debtor has acknowledged that he embezzled in excess of $750k from Chade ("Embezzled Funds"). Since her appointment, Successor Trustee made demand upon and recovered the proceeds of the Debtor's 401k which he held through Chade representing a potion of the Embezzled Funds. The net 401k funds were turned over to the Successor Trustee and federal withholding tax was sent to IRS. Succ. Trustee is pursuing recovery the withholding taxes because she believes the withholding was improper insofar as the turnover was not a distribution to the Debtor. Succ. Trustee identified a life insurance policy not disclosed on the Debtors' schedules which had a cash surrender value. Succ. Trustee has filed a motion for turnover of the cash surrender value. After the claims bar date expired, Debtor filed a number of claims on behalf of various parties. Succ. Trustee has reviewed those claims and is attempting to resolve issues with the "Debtor filed" claims. Chade asserted an interest in the proceeds recovered by the Succ. Trustee on the basis that the any funds recovered were "Embezzled Funds" and not property of the Estate. Succ. Trustee and Chade have reached an agreement that all of the proceeds recovered by the Succ. Trustee shall be property of the Estate for the benefit of all creditors. Succ. Trustee will continue her investigation and recovery of undisclosed assets. When all assets are recovered, Succ. Trustee will resolve any remaining claim issues, attend to Estate tax matters, and prepare her final report.

Initial Projected Date of Final Report (TFR): 06/30/16     Current Projected Date of Final Report (TFR): 06/30/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-28896 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | RHEE, JAMES | Bank Name: | Associated Bank |
| | RHEE, HEE JUN | Account Number / CD #: | *******6526 Checking Account |
| Taxpayer ID No: | *******6527 | | |
| For Period Ending: | 05/03/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/15/15 | 6 | FIDELITY INVESTMENTS<br>82 DEVONSHIRE STREET<br>BOSTON, MA 02109 | 401(k) Proceeds - Chade Fashions<br>Turned over per order [dkt 42] | 1229-000 | 122,895.07 | | 122,895.07 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 94.28 | 122,800.79 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 182.55 | 122,618.24 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 176.43 | 122,441.81 |
| 10/21/15 | 7 | TRANSAMERICA PREMIER<br>LIFE INSURANCE COMPANY<br>4333 EDGEWOOD RD NE<br>CEDAR RAPIDS, IA 52499 | LIFE INSURANCE PROCEEDS<br>Turned over per order [dkt 47] | 1229-000 | 1,991.40 | | 124,433.21 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 183.09 | 124,250.12 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 178.76 | 124,071.36 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 184.46 | 123,886.90 |
| 02/16/16 | 001001 | Adams-Levine<br>370 Lexington Avenue<br>Suite 1101<br>Ne York NY 10017 | 2016 Bond Premium | 2300-000 | | 98.86 | 123,788.04 |
| 02/25/16 | 001002 | United States Treasury<br>c/o Internal Revenue Service Center<br>Cincinnati, OH 45999-0148 | 2015 Estate Tax Liability<br>2015 Form 1041<br>EIN: 47-7156527 | 2810-000 | | 19,709.00 | 104,079.04 |
| 04/28/16 | 001003 | JAMES RHEE<br>4714 WINDRIDGE CT<br>CARPENTERSVILLE, IL 60110 | REIMBURSE DEBTOR - CLAIM # 12<br>Per settlement between Chade, Debtor and Estate.<br>Debtor was to keep entire refund on his 2015 Taxes.<br>Without obtaining relief from the automatic stay, IRS<br>offset refund against Debtor's priority tax claim.<br>Payment reimburses offset. Allowed Per Court Order<br>Dated April 22, 2016 [dkt. 58] | 5800-000 | | 5,074.41 | 99,004.63 |

Page Subtotals       124,886.47       25,881.84

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 19.06

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-28896 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|
| Case Name: | RHEE, JAMES | | Bank Name: | Associated Bank |
| | RHEE, HEE JUN | | Account Number / CD #: | *******6526 Checking Account |
| Taxpayer ID No: | *******6527 | | | |
| For Period Ending: | 05/03/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 124,886.47 | 25,881.84 | 99,004.63 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 124,886.47 | 25,881.84 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 124,886.47 | 25,881.84 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********6526 | 124,886.47 | 25,881.84 | 99,004.63 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 124,886.47 | 25,881.84 | 99,004.63 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: May 08, 2016 |

Case Number:  14-28896
Debtor Name:  RHEE, JAMES

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class    Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | $7,500.00 | $0.00 | $7,500.00 |
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | $10,000.00 | $0.00 | $10,000.00 |
| 001<br>3410-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | Administrative | $1,500.00 | $0.00 | $1,500.00 |
| 001<br>3120-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | $108.61 | $0.00 | $108.61 |
| 001<br>2200-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | $12.00 | $0.00 | $12.00 |
| 999<br>2810-00 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Administrative<br>Administrative Tax Liability | $19,709.00 | $19,709.00 | $0.00 |
| BOND<br>999<br>2300-00 | Adams-Levine<br>370 Lexington Avenue<br>Suite 1101<br>Ne York NY 10017 | Administrative | $98.86 | $98.86 | $0.00 |
| | Subtotal for Class Administrative | | $38,928.47 | $19,807.86 | $19,120.61 |
| 000012<br>046<br>5800-00 | Internal Revenue Service<br>IRS-ACS Support- Stop 5050<br>PO Box 219236<br>Kansas City, MO 64121 | Priority<br>Debtor filed claim12. Claim 12 is superseded by Claim No. 15 filed by creditor which was<br>subsequently withdrawn (see notes for Claim 15) | $0.00 | $0.00 | $0.00 |
| 000015A<br>046<br>5800-00 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Priority<br>claim withdrawn 3/23/16 (dkt no. 54) after IRS siezed Debrtors' 2015 tax refund to offset claim;<br>Trustee allowed to issue payment to Debtors on account of the offset (per order 4/22/16 [dkt 58])<br>Claim 15 was filed within 90 days of claim 12 (filed by Debtor) and supercedes the Debtor filed<br>claim 12 (FRCP 3004) | $0.00 | $0.00 | $0.00 |
| | Subtotal for Class Priority | | $0.00 | $0.00 | $0.00 |
| 000001<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured<br>(1-1) Modified on 5/8/15 to correct creditor name (GB). | $3,189.22 | $0.00 | $3,189.22 |
| 000002<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as Agent<br>PO Box 71083 | Unsecured | $2,712.68 | $0.00 | $2,712.68 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: May 08, 2016 |

Case Number:   14-28896  
Debtor Name:   RHEE, JAMES

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Charlotte, NC 28272-1083 | | | | | |
| 000003 070 7100-00 | Capital One Bank (USA), N.A. by American InfoSource LP as Agent PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $783.14 | $0.00 | $783.14 |
| 000004 070 7100-00 | Capital One Bank (USA), N.A. by American InfoSource LP as Agent PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $4,244.14 | $0.00 | $4,244.14 |
| 000005 070 7100-00 | Cavalry Spv I, LLC Assignee of Capital One, N.A. Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Unsecured | | $863.14 | $0.00 | $863.14 |
| 000006 070 7100-00 | Cavalry Spv I, LLC Assignee of Capital One, N.A. Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Unsecured | | $2,164.83 | $0.00 | $2,164.83 |
| 000007 070 7100-00 | WORLD'S FOREMOST BANK CABELA'S CLUB VISA PO BOX 82609 LINCOLN, NE 68501-2609 | Unsecured | (7-1) 0571 | $2,136.35 | $0.00 | $2,136.35 |
| 000008 070 7100-00 | LVNV Funding, LLC its successors and assigns as assignee of Capital One, N.A. Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $46,837.50 | $0.00 | $46,837.50 |
| 000009 070 7100-00 | Chade Fashions, Inc. B.H. Whang and Associates Ltd 1100 Hicks Road Rolling Meadows, IL 60008 | Unsecured | (9-1) Modified on 7/16/15 to correct creditor address (GB). | $956,307.66 | $0.00 | $956,307.66 |
| 000010 070 7100-00 | Chase Chase (Mail Code TX1-1628) 1111 North Point Dr Coppell, TX 75019 | Unsecured | Claim amended to unsecured 10/7/15 | $15,300.00 | $0.00 | $15,300.00 |
| 000011 070 7100-00 | Great Lakes P O Box 7860 Madison, WI 53707 | Unsecured | | $32,735.33 | $0.00 | $32,735.33 |
| 000015B 080 7300-00 | Internal Revenue Service P.O. Box 7346 Philadelphia  PA 19101-7346 | Unsecured | claim withdrawn 3/23/16 (dkt no. 54) | $0.00 | $0.00 | $0.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | Date: May 08, 2016 |

Case Number:    14-28896  
Debtor Name:    RHEE, JAMES

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Subtotal for Class Unsecured | | | $1,067,273.99 | $0.00 | $1,067,273.99 |
| 000013 050 4210-00 | Capital One Auto Finance P O Box 60511 City of Industry, CA 91716 | Secured | claim withdrawn 11/10/15 [dkt 49] | $0.00 | $0.00 | $0.00 |
| 000014 050 4210-00 | TransAmerica Premier Life Insurance Company P O Box 5068 Clearwater, Florida 33758 | Secured | claim withdrawn 9/28/15 [dkt 44] | $0.00 | $0.00 | $0.00 |
| | Subtotal for Class Secured | | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $1,106,202.46 | $19,807.86 | $1,086,394.60 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-28896
Case Name: RHEE, JAMES
　　　　　　RHEE, HEE JUN
Trustee Name: Elizabeth C Berg, Trustee

　　　　　Balance on hand　　　　　　　　　　　　　　　　　$　　　99,004.63

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000013 | Capital One Auto Finance | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000014 | TransAmerica Premier Life Insurance | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

　　　Total to be paid to secured creditors　　　　　　　　　$　　　　　0.00

　　　Remaining Balance　　　　　　　　　　　　　　　　　$　　　99,004.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C Berg, Trustee | $ 7,500.00 | $ 0.00 | $ 7,500.00 |
| Trustee Expenses: Elizabeth C Berg, Trustee | $ 12.00 | $ 0.00 | $ 12.00 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 10,000.00 | $ 0.00 | $ 10,000.00 |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ 108.61 | $ 0.00 | $ 108.61 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| Other: Adams-Levine | $ 98.86 | $ 98.86 | $ 0.00 |
| Other: Internal Revenue Service | $ 19,709.00 | $ 19,709.00 | $ 0.00 |

| | Total to be paid for chapter 7 administrative expenses | $ | 19,120.61 |
|---|---|---|---|
| | Remaining Balance | $ | 79,884.02 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |
| 000015A | Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 79,884.02 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,067,273.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 3,189.22 | $ 0.00 | $ 238.71 |
| 000002 | Capital One Bank (USA), N.A. | $ 2,712.68 | $ 0.00 | $ 203.04 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Capital One Bank (USA), N.A. | $ 783.14 | $ 0.00 | $ 58.62 |
| 000004 | Capital One Bank (USA), N.A. | $ 4,244.14 | $ 0.00 | $ 317.67 |
| 000005 | Cavalry Spv I, LLC | $ 863.14 | $ 0.00 | $ 64.60 |
| 000006 | Cavalry Spv I, LLC | $ 2,164.83 | $ 0.00 | $ 162.03 |
| 000007 | WORLD'S FOREMOST BANK | $ 2,136.35 | $ 0.00 | $ 159.90 |
| 000008 | LVNV Funding, LLC its successors and | $ 46,837.50 | $ 0.00 | $ 3,505.73 |
| 000009 | Chade Fashions, Inc. | $ 956,307.66 | $ 0.00 | $ 71,578.34 |
| 000010 | Chase | $ 15,300.00 | $ 0.00 | $ 1,145.18 |
| 000011 | Great Lakes | $ 32,735.33 | $ 0.00 | $ 2,450.20 |

Total to be paid to timely general unsecured creditors       $          79,884.02

Remaining Balance                                             $               0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE