**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| James Rhee and Hee Jun Rhee, | ) | Case No. 14-28896 |
| | ) | |
| | ) | Honorable Donald R. Cassling |
| Debtors. | ) | (Geneva) |
| | ) | Hearing Date: July 8, 2016 |
| | ) | Hearing Time: 11:00 A.M. |

**CERTIFICATE OF SERVICE**

    I, Elizabeth C. Berg, Trustee, hereby certify that I caused a true and correct copy of the attached **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR),** to be served on the attached service list via first class mail with postage prepaid on June 15, 2016.


  /s/Elizabeth C. Berg, Trustee       
Elizabeth C. Berg, Trustee
20 N. Clark St.  #200
Chicago, IL  60602
(312) 726-8150

Label Matrix for local noticing
0752-1
Case 14-28896
Northern District of Illinois
Chicago
Tue Apr 26 12:58:49 CDT 2016

Capital One Auto Finance
P O Box 60511
City of Industry, CA 91716-0511

Capital One Bank (USA), N.A.
by American InfoSource LP as Agent
PO Box 71083
Charlotte, NC 28272-1083

Cavalry Spv I, LLC
Assignee of Capital One, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

Chade Fashions, Inc.
B.H. Whang and Associates Ltd
1100 Hicks Road
Rolling Meadows, IL 60008-1016

Chase
Chase (Mail Code TX1-1628)
1111 North Point Dr
Coppell, TX 75019-3831

Department of Treasury  Internal Revenue Ser
P O Box 7346
Philadelphia, PA  19101-7346

Great Lakes
P O Box 7860
Madison, WI 53707-7860

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JPMorgan Chase Bank, N.A.
c/o Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI  48308-0730

LVNV Funding, LLC its successors and assigns
assignee of Capital One, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

TransAmerica Premier Life Insurance Company
P O Box 5068
Clearwater, Florida 33758-5068

WORLD'S FOREMOST BANK
CABELA'S CLUB VISA
PO BOX 82609
LINCOLN, NE 68501-2609

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
IRS-ACS Support- Stop 5050
PO Box 219236
Kansas City, MO 64121

End of Label Matrix
Mailable recipients    12
Bypassed recipients     0
Total                  12

# UNITED STATES BANKRUPTCY COURT

NORTHERN **DISTRICT OF** ILLINOIS

EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RHEE, JAMES | § | Case No. 14-28896 |
| RHEE, HEE JUN | § | |
| | § | |
| Debtors | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C Berg, successor trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
219 S. Dearborn Street
7th Floor
Chicago  IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

11:00 a.m.
on Friday, July 8, 2016
in Courtroom 240 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  ___6/15/16___        By:  Elizabeth C. Berg _____

Trustee

*Elizabeth C Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| RHEE, JAMES | § | Case No. 14-28896 |
| RHEE, HEE JUN | § | |
| | § | |
| Debtors | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 124,886.47 |
| and approved disbursements of | $ | 25,881.84 |
| leaving a balance on hand of[1] | $ | 99,004.63 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000013 | Capital One Auto Finance | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000014 | TransAmerica Premier Life Insurance | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 99,004.63 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C Berg, Trustee | $ 7,500.00 | $ 0.00 | $ 7,500.00 |
| Trustee Expenses: Elizabeth C Berg, Trustee | $ 12.00 | $ 0.00 | $ 12.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 10,000.00 | $ 0.00 | $ 10,000.00 |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ 108.61 | $ 0.00 | $ 108.61 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| Other: Adams-Levine | $ 98.86 | $ 98.86 | $ 0.00 |
| Other: Internal Revenue Service | $ 19,709.00 | $ 19,709.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $        19,120.61

Remaining Balance        $        79,884.02


Applications for prior chapter fees and administrative expenses have been filed as follows:


NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |
| 000015A | Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors        $        0.00

Remaining Balance        $        79,884.02


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,067,273.99  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 3,189.22 | $ 0.00 | $ 238.71 |
| 000002 | Capital One Bank (USA), N.A. | $ 2,712.68 | $ 0.00 | $ 203.04 |
| 000003 | Capital One Bank (USA), N.A. | $ 783.14 | $ 0.00 | $ 58.62 |
| 000004 | Capital One Bank (USA), N.A. | $ 4,244.14 | $ 0.00 | $ 317.67 |
| 000005 | Cavalry Spv I, LLC | $ 863.14 | $ 0.00 | $ 64.60 |
| 000006 | Cavalry Spv I, LLC | $ 2,164.83 | $ 0.00 | $ 162.03 |
| 000007 | WORLD'S FOREMOST BANK | $ 2,136.35 | $ 0.00 | $ 159.90 |
| 000008 | LVNV Funding, LLC its successors and | $ 46,837.50 | $ 0.00 | $ 3,505.73 |
| 000009 | Chade Fashions, Inc. | $ 956,307.66 | $ 0.00 | $ 71,578.34 |
| 000010 | Chase | $ 15,300.00 | $ 0.00 | $ 1,145.18 |
| 000011 | Great Lakes | $ 32,735.33 | $ 0.00 | $ 2,450.20 |

Total to be paid to timely general unsecured creditors          $          79,884.02

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____

Elizabeth C. Berg, Trustee

*Elizabeth C Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.