UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
RHEE, JAMES § Case No. 14-28896 DRC
RHEE, HEE JUN §
§
Debtor(s)

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 272,386.00 (Without deducting any secured claims) | Assets Exempt: 10,010.00 |
| Total Distributions to Claimants: 84,958.43 | Claims Discharged Without Payment: 987,389.97 |
| Total Expenses of Administration: 39,928.04 | |

3) Total gross receipts of 124,886.47 (see **Exhibit 1**), minus funds paid to the debtor and third parties of 0.00 (see **Exhibit 2**), yielded net receipts of 124,886.47 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | NA | NA | NA | NA |
| PRIORITY CLAIMS CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 39,928.04 | 39,928.04 | 39,928.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 5,074.41 | 5,074.41 | 5,074.41 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 1,067,273.99 | 1,067,273.99 | 79,884.02 |
| **TOTAL DISBURSEMENTS** | 0.00 | 1,112,276.44 | 1,112,276.44 | 124,886.47 |

  4) This case was originally filed under chapter 7 on 08/06/2014. The case was pending for 25 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.** The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   09/09/2016           By :   /s/ Elizabeth C Berg
                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE 1 | AMOUNT RECEIVED |
|---|---|---|
| 401(k) Plan Proceeds - Chase Fashions | 1229-000 | 122,895.07 |
| Transamerica Life Insurance Policy | 1229-000 | 1,991.40 |
| **TOTAL GROSS RECEIPTS** | | 124,886.47 |

1The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001 | CAPITAL ONE AUTO FINANCE | 4210-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00001 | TRANSAMERICA PREMIER LIFE | 4210-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **TOTAL SECURED** | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BALDI BERG | 3110-000 | 0.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| BALDI BERG | 3120-000 | 0.00 | 108.61 | 108.61 | 108.61 |
| Elizabeth C. Berg, Trustee | 2200-000 | 0.00 | 12.00 | 12.00 | 12.00 |
| IRS | 2810-000 | 0.00 | 19,709.00 | 19,709.00 | 19,709.00 |
| POPOWCER KATTEN, LTD. | 3410-000 | 0.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| Elizabeth C. Berg, Trustee | 2100-000 | 0.00 | 7,500.00 | 7,500.00 | 7,500.00 |
| ADAMS-LEVINE | 2300-000 | 0.00 | 98.86 | 98.86 | 98.86 |
| Associated Bank | 2600-000 | 0.00 | 999.57 | 999.57 | 999.57 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | 0.00 | 39,928.04 | 39,928.04 | 39,928.04 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JAMES RHEE | 5800-000 | 0.00 | 5,074.41 | 5,074.41 | 5,074.41 |
| 000012 | INTERNAL REVENUE SERVICE | 5800-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 000015A | IRS | 5800-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 5,074.41 | 5,074.41 | 5,074.41 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000015B | IRS | 7300-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 000011 | GREAT LAKES | 7100-000 | 0.00 | 32,735.33 | 32,735.33 | 2,450.20 |
| 000010 | CHASE | 7100-000 | 2,703.00 | 15,300.00 | 15,300.00 | 1,145.18 |
| 000009 | CHADE FASHIONS, INC. | 7100-000 | 0.00 | 956,307.66 | 956,307.66 | 71,578.34 |
| 000008 | LVNV FUNDING, LLC ITS | 7100-000 | 46,838.00 | 46,837.50 | 46,837.50 | 3,505.73 |
| 000007 | WORLD'S FOREMOST BANK | 7100-000 | 2,136.00 | 2,136.35 | 2,136.35 | 159.90 |
| 000006 | CAVALRY SPV I, LLC | 7100-000 | 2,164.00 | 2,164.83 | 2,164.83 | 162.03 |
| 000005 | CAVALRY SPV I, LLC | 7100-000 | 863.00 | 863.14 | 863.14 | 64.60 |
| 000004 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 4,244.00 | 4,244.14 | 4,244.14 | 317.67 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 783.00 | 783.14 | 783.14 | 58.62 |
| 000002 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 2,712.00 | 2,712.68 | 2,712.68 | 203.04 |
| 000001 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 0.00 | 3,189.22 | 3,189.22 | 238.71 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 62,443.00 | 1,067,273.99 | 1,067,273.99 | 79,884.02 |

Case 14-28896    Doc 68    Filed 09/19/16    Entered 09/19/16 14:33:27    Desc Main
                              Document         Page 5 of 12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 14-28896  
Case Name: RHEE, JAMES  
RHEE, HEE JUN  
For Period Ending: 09/09/2016

Judge: Donald R. Cassling

Trustee Name: Elizabeth C Berg  
Date Filed (f) or Converted (c): 08/06/2014 (f)  
341(a) Meeting Date: 09/08/2014  
Claims Bar Date: 07/24/2015

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 4714 Windridge Ct Captentersville, IL 60110 | 262,386.00 | 0.00 | | 0.00 | FA |
| 2. Chase Personal Checking Account | 200.00 | 0.00 | | 0.00 | FA |
| 3. First American Bank Personal Checking Account | 6,450.00 | 0.00 | | 0.00 | FA |
| 4. 2002 Honda Odyssey Mileage: 90,000 | 2,669.00 | 0.00 | | 0.00 | FA |
| 5. 2011 Kia Sorrento Mileage: 80,000 | 10,691.00 | 0.00 | | 0.00 | FA |
| 6. 401(k) Plan Proceeds - Chase Fashions (u) | 0.00 | 153,618.84 | | 122,895.07 | FA |
| 7. Transamerica Life Insurance Policy (u) | 0.00 | 1,991.75 | | 1,991.40 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 282,396.00 | 155,610.59 | | 124,886.47 | 0.00 |

**Re Prop. #1**  Stay lifted per order 9/14/14 [dkt 16]  
**Re Prop. #6**  Successor Trustee recovered proceeds from 401k account held by Fidelity through Debtor's employer (Chade Fashions) [dkt 42].  Successor Trustee pursued recovery of the federal taxes withheld ($30,723.77) from the funds turned over to the Estate ("Taxes Paid"). Successor Trustee settled with Debtors and Chade Fashions, largest unsecured creditor, pursuant to court order February 5, 2016 such that Debtors retained Taxes Paid [dkt 53]  
**Re Prop. #7**  Succ. Trustee obtained turnover of the cash surrender value from the policy per order [dkt 47]

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**7/5/16: TFR filed.  Final hearing scheduled for 7/8/16.**

**April 28, 2016:  Settlement with Debtor and Chade approved pursuant to order 2/5/16**
 final tax returns prepared and filed
 IRS siezed funds due to the Debtors' on account of their post-petition tax refund ("Siezed Funds") and applied those funds to the pre-petition priority tax claim of IRS (Claim No. 15).  Trustee obtained an order from this Court allowing her to pay the Debtors the Siezed Funds and obtained a withdrawal of the IRS Claim 15.  TFR prepared.

**January 26, 2016:  TR resolved claims**
 Trustee reached settlement with Debtor and Chade re: distribution of Fidelity account funds and tax treatment of same

**October 8, 2015:  The case was closed after prior trustee filed a NDR.  Thereafter, the case was reopened in March 2015 on the UST's motion when undisclosed assets consisting of embezzled funds from the Debtor's (James Rhee) employer (Chade Fashions) were discovered.  E. Berg was appointed as successor trustee in April 2015.  Debtor has acknowledged that he embezzled in excess of $750k from Chade ("Embezzled Funds").  Since her appointment, Successor Trustee made demand upon and recovered the proceeds of the Debtor's 401k which he held through Chade representing a potion of the Embezzled Funds.  The net 401k funds were turned over to the Successor Trustee and federal withholding tax**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

**Case No:** 14-28896  
**Case Name:** RHEE, JAMES  
　　　　　　　RHEE, HEE JUN  
**For Period Ending:** 09/09/2016  

**Judge:** Donald R. Cassling  

**Trustee Name:** Elizabeth C Berg  
**Date Filed (f) or Converted (c):** 08/06/2014 (f)  
**341(a) Meeting Date:** 09/08/2014  
**Claims Bar Date:** 07/24/2015  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

was sent to IRS. Succ. Trustee is pursuing recovery the withholding taxes because she believes the withholding was improper insofar as the turnover was not a distribution to the Debtor. Succ. Trustee identified a life insurance policy not disclosed on the Debtors' schedules which had a cash surrender value. Succ. Trustee has filed a motion for turnover of the cash surrender value. After the claims bar date expired, Debtor filed a number of claims on behalf of various parties. Succ. Trustee has reviewed those claims and is attempting to resolve issues with the "Debtor filed" claims. Chade asserted an interest in the proceeds recovered by the Succ. Trustee on the basis that the any funds recovered were "Embezzled Funds" and not property of the Estate. Succ. Trustee and Chade have reached an agreement that all of the proceeds recovered by the Succ. Trustee shall be property of the Estate for the benefit of all creditors. Succ. Trustee will continue her investigation and recovery of undisclosed assets. When all assets are recovered, Succ. Trustee will resolve any remaining claim issues, attend to Estate tax matters, and prepare her final report.

**Initial Projected Date of Final Report(TFR):** 06/30/2016　　　**Current Projected Date of Final Report(TFR):** 06/30/2016

**Trustee's Signature**　　/s/Elizabeth C Berg　　　**Date:** 09/09/2016  
　　　　　　　　　　　Elizabeth C Berg  
　　　　　　　　　　　20 N. Clark St., Suite 200  
　　　　　　　　　　　Chicago, IL 60602  
　　　　　　　　　　　Phone : (312) 726-8150

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 14-28896 |
| Case Name: | RHEE, JAMES |
| | RHEE, HEE JUN |
| Taxpayer ID No: | **-***6527 |
| For Period Ending: | 9/9/2016 |

| | |
|---|---|
| Trustee Name: | Elizabeth C Berg |
| Bank Name: | Associated Bank |
| Account Number/CD#: | ******6526 Checking Account |
| Blanket bond (per case limit): | 5,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/15/2015 | [6] | FIDELITY INVESTMENTS<br>82 DEVONSHIRE STREET<br>BOSTON ,MA 02109 | 401(k) Proceeds - Chade Fashions<br>Turned over per order [dkt 42] | 1229-000 | 122,895.07 | | 122,895.07 |
| 08/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 94.28 | 122,800.79 |
| 09/08/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 182.55 | 122,618.24 |
| 10/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 176.43 | 122,441.81 |
| 10/21/2015 | [7] | TRANSAMERICA PREMIER LIFE INSURANCE COMPANY<br>4333 EDGEWOOD RD NE<br>CEDAR RAPIDS ,IA 52499 | LIFE INSURANCE PROCEEDS<br>Turned over per order [dkt 47] | 1229-000 | 1,991.40 | | 124,433.21 |
| 11/06/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 183.09 | 124,250.12 |
| 12/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 178.76 | 124,071.36 |
| 01/08/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 184.46 | 123,886.90 |
| 02/16/2016 | 1001 | Adams-Levine<br>370 Lexington Avenue<br>Suite 1101<br>Ne York ,NY 10017 | 2016 Bond Premium | 2300-000 | | 98.86 | 123,788.04 |
| | | | Page Subtotals | | 124,886.47 | 1,098.43 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No:** | 14-28896 | | **Trustee Name:** | Elizabeth C Berg |
| **Case Name:** | RHEE, JAMES | | **Bank Name:** | Associated Bank |
| | RHEE, HEE JUN | | **Account Number/CD#:** | ******6526 Checking Account |
| **Taxpayer ID No:** | **-***6527 | | **Blanket bond (per case limit):** | 5,000,000.00 |
| **For Period Ending:** | 9/9/2016 | | **Separate bond (if applicable):** | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/25/2016 | 1002 | United States Treasury<br>c/o Internal Revenue Service Center<br>Cincinnati ,OH 45999-0148 | 2015 Estate Tax Liability<br>2015 Form 1041EIN: 47-7156527 | 2810-000 | | 19,709.00 | 104,079.04 |
| 04/28/2016 | 1003 | JAMES RHEE<br>4714 WINDRIDGE CT<br>CARPENTERSVILLE ,IL 60110 | REIMBURSE DEBTOR - CLAIM # 12<br>Per settlement between Chade, Debtor and Estate. Debtor was to keep entire refund on his 2015 Taxes. Without obtaining relief from the automatic stay, IRS offset refund against Debtor's priority tax claim. Payment reimburses offset.  Allowed Per Court Or | 5800-000 | | 5,074.41 | 99,004.63 |
| 07/19/2016 | | Trustee Transfer to new account | Transfer of funds to Texas Capital Bank | 9999-000 | | 99,004.63 | 0.00 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 123,788.04 |
| **COLUMN TOTALS** | | 124,886.47 | 124,886.47 |
| Less:Bank Transfer/CD's | | 0.00 | 99,004.63 |
| **SUBTOTALS** | | 124,886.47 | 25,881.84 |
| Less: Payments to Debtors | | | 0.00 |
| **Net** | | 124,886.47 | 25,881.84 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 14-28896 | Trustee Name: Elizabeth C Berg |
| Case Name: RHEE, JAMES | Bank Name: Texas Capital Bank |
| RHEE, HEE JUN | Account Number/CD#: ******5096 Checking Account |
| Taxpayer ID No: **-***6527 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 9/9/2016 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/19/2016 | | Trustee Transfer to new account | Received transfer of funds from Associated Bank | 9999-000 | 99,004.63 | | 99,004.63 |
| 07/20/2016 | 5001 | Elizabeth Berg<br>20 N. Clark Street<br>Suite 200<br>Chicago,IL 60602 | | 2100-000 | | 7,500.00 | 91,504.63 |
| 07/20/2016 | 5002 | Elizabeth Berg<br>20 N. Clark Street<br>Suite 200<br>Chicago,IL 60602 | | 2200-000 | | 12.00 | 91,492.63 |
| 07/20/2016 | 5003 | BALDI BERG<br>20 N. Clark Street, Ste. 200<br>Chicago ,IL 60602 | | 3110-000 | | 10,000.00 | 81,492.63 |
| 07/20/2016 | 5004 | BALDI BERG<br>20 N. Clark Street, Ste. 200<br>Chicago ,IL 60602 | | 3120-000 | | 108.61 | 81,384.02 |
| 07/20/2016 | 5005 | POPOWCER KATTEN, LTD.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago ,IL 60601 | | 3410-000 | | 1,500.00 | 79,884.02 |
| 07/20/2016 | 5006 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as Agent<br>PO Box 71083<br>Charlotte ,NC 28272-1083 | Disb of 7.48% to Claim #000001 | 7100-000 | | 238.71 | 79,645.31 |
| | | | | Page Subtotals | 99,004.63 | 19,359.32 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 14-28896 | Trustee Name: Elizabeth C Berg |
| Case Name: RHEE, JAMES | Bank Name: Texas Capital Bank |
| RHEE, HEE JUN | Account Number/CD#: ******5096 Checking Account |
| Taxpayer ID No: **-***6527 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 9/9/2016 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/20/2016 | 5007 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as Agent<br>PO Box 71083<br>Charlotte ,NC 28272-1083 | Disb of 7.48% to Claim #000002 | 7100-000 | | 203.04 | 79,442.27 |
| 07/20/2016 | 5008 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as Agent<br>PO Box 71083<br>Charlotte ,NC 28272-1083 | Disb of 7.49% to Claim #000003 | 7100-000 | | 58.62 | 79,383.65 |
| 07/20/2016 | 5009 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as Agent<br>PO Box 71083<br>Charlotte ,NC 28272-1083 | Disb of 7.48% to Claim #000004 | 7100-000 | | 317.67 | 79,065.98 |
| 07/20/2016 | 5010 | CAVALRY SPV I, LLC<br>Assignee of Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson ,AZ 85712 | Disb of 7.48% to Claim #000005 | 7100-000 | | 64.60 | 79,001.38 |
| 07/20/2016 | 5011 | CAVALRY SPV I, LLC<br>Assignee of Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson ,AZ 85712 | Disb of 7.48% to Claim #000006 | 7100-000 | | 162.03 | 78,839.35 |
| 07/20/2016 | 5012 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN ,NE 68501-2609 | Disb of 7.48% to Claim #000007 | 7100-000 | | 159.90 | 78,679.45 |
| | | | | Page Subtotals | 0.00 | 965.86 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 14-28896 | Trustee Name: Elizabeth C Berg |
| Case Name: RHEE, JAMES | Bank Name: Texas Capital Bank |
| RHEE, HEE JUN | Account Number/CD#: ******5096 Checking Account |
| Taxpayer ID No: **-***6527 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 9/9/2016 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/20/2016 | 5013 | LVNV FUNDING, LLC ITS SUCCESSORS AN assigns as assignee of Capital One, N.A. Resurgent Capital Services PO Box 10587 Greenville ,SC 29603-0587 | Disb of 7.48% to Claim #000008 | 7100-000 | | 3,505.73 | 75,173.72 |
| 07/20/2016 | 5014 | CHADE FASHIONS, INC. B.H. Whang and Associates Ltd 1100 Hicks Road Rolling Meadows ,IL 60008 | Disb of 7.48% to Claim #000009 | 7100-000 | | 71,578.34 | 3,595.38 |
| 07/20/2016 | 5015 | CHASE Chase (Mail Code TX1-1628) 1111 North Point Dr Coppell ,TX 75019 | Disb of 7.48% to Claim #000010 | 7100-000 | | 1,145.18 | 2,450.20 |
| 07/20/2016 | 5016 | GREAT LAKES P O Box 7860 Madison ,WI 53707 | Disb of 7.48% to Claim #000011 | 7100-000 | | 2,450.20 | 0.00 |

| | | |
|---|---:|---:|
| Page Subtotals | 0.00 | 78,679.45 |
| **COLUMN TOTALS** | 99,004.63 | 99,004.63 |
| Less:Bank Transfer/CD's | 99,004.63 | 0.00 |
| **SUBTOTALS** | 0.00 | 99,004.63 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 0.00 | 99,004.63 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 14-28896 | Trustee Name: Elizabeth C Berg |
| Case Name: RHEE, JAMES | Bank Name: Texas Capital Bank |
| RHEE, HEE JUN | Account Number/CD#: ******5096 Checking Account |
| Taxpayer ID No: **-***6527 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 9/9/2016 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | | | |
|---|---|---|---|---|
| All Accounts Gross Receipts: 124,886.47 | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| All Accounts Gross Disbursements: 124,886.47 | ******6526 Checking Account | 124,886.47 | 25,881.84 | |
| All Accounts Net: 0.00 | ******5096 Checking Account | 0.00 | 99,004.63 | |
| | **NetTotals** | 124,886.47 | 124,886.47 | 0.00 |